| Prob 22 (9/00) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:01CR243-3 |
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Andrew Morgan Williams District of the Virgin Islands | DISTRICT Middle District of North Carolina | DIVISION Greensboro |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable William L. Osteen | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/09/2005 — TO 12/08/2008 |

**OFFENSE**

Possessed with intent to distribute marijuana - 21:841(a)(1) & (b)(1)(D); Carried firearms during drug trafficking crime - 18:924(c)(1)(A)(i)

*[FILED NOV - 9 2005, Clerk U.S. District Court, Greensboro, N.C.]*

*[RECEIVED OCT 2— PM 6:38, CLERK OF THE DISTRICT COURT ST. THOMAS, V.I.]*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF VIRGIN ISLANDS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8-25-05
Date

*/s/ William L. Osteen*
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    VIRGIN ISLANDS

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/28/05
Date

*/s/*
United States District Judge

Case 1:01-cr-00243-WLO   Document 60   Filed 11/09/05   Page 1 of 1